## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Dr. Lee D. Hudelson,

        Plaintiff,          Civil No. 10-1007 (RHK/RLE)

vs.

                                            **ORDER**

Berkshire Life Insurance Company
of America,

        Defendant.

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: April 13. 2010

                                                                s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                                United States District Judge