**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Dr. Lee D. Hudelson, | Civil No: 10-1007 (RHK/LIB) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | |
| Berkshire Life Insurance Company of America, | |
| Defendant. | |

---

Pursuant to the parties' Stipulation (Doc. No. 40), **IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**, on the merits, and without an award of attorneys' fees or costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 28, 2010

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge